USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 08/03/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

JOSE ACOSTA-TINOCO and ANGEL ACOSTA-TINOCO,

Defendants.

26-CR-00331 (MMG)

**ORDER**

MARGARET M. GARNETT, United States District Judge:

Defendant Angel Acosta-Tinoco was arrested in the Central District of California and, on July 31, 2026, the presiding magistrate judge found him eligible for appointed counsel and appointed the duty Federal Defender to represent him at his presentment in that district. The Court adopts the finding of indigence and hereby APPOINTS Michael Martin, who is the duty attorney today under the Criminal Justice Act, to represent the Defendant for all purposes in this District, subject to new information coming to light that calls into question his entitlement to appointed counsel.

This appointment is being made in advance of the Defendant's arrival in the District because the Government has moved to appeal the C.D.Cal. Magistrate Judge's bail determination. *See* Dkt. No. 6.

Dated: August 3, 2026
New York, New York

SO ORDERED.

MARGARET M. GARNETT
United States District Judge