USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 08/07/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES,

-against-

ANGEL ACOSTA-TINOCO,

Defendant.

26-CR-00331-MMG-2

**ORDER**

MARGARET M. GARNETT, United States District Judge:

The Court will hold a remote video conference on **Wednesday, August 12, 2026**, at **3:00 p.m.**, to address the Government's appeal of the bail order entered by the Magistrate Judge in Central District of California at the time of Defendant's presentment. Dkt. No. 6. The conference will be conducted via Microsoft Teams. The meeting ID is 281 432 668 791 08. The meeting passcode is RH9di2y9. The conference will be joinable via the below link:

https://teams.microsoft.com/meet/28143266879108?p=ehH8Cntepetxk7MYUd

The Government is directed to coordinate with the U.S. Attorney's Office for the Central District of California, and the staff of the Metropolitan Detention Center–Los Angeles to ensure Defendant's attendance at the virtual conference.

Given Defendant's consent, through counsel, to a remote conference, defense counsel is directed to coordinate with the Federal Defender's Office in C.D. Cal. to secure Defendant's written waiver of his in-person presence, and to provide it to the Court in advance of the conference, either by filing it on the docket or, if necessary, emailing it to the Court at GarnettNYSDChambers@nysd.uscourts.gov.

Dated: August 7, 2026
New York, New York

SO ORDERED.

MARGARET M. GARNETT
United States District Judge