USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**UNITED STATES OF AMERICA,**

-against-

**ANGEL ACOSTA-TINOCO,**

Defendant.

26-CR-331-2 MMG

**ORDER**

MARGARET M. GARNETT, United States District Judge:

The arraignment in this matter is scheduled for Thursday, August 27, 2026, at 10:00 a.m. in Courtroom 906, 40 Foley Square, New York, NY 10007.

Dated: August 25, 2026
New York, New York

SO ORDERED.

MARGARET M. GARNETT
United States District Judge