USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/23/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**UNITED STATES OF AMERICA**,

-against-

**ANGEL ACOSTA-TINOCO**,

Defendant.

26-CR-331-2 MMG

**ORDER**

MARGARET M. GARNETT, United States District Judge:

The arraignment in this matter is scheduled for Tuesday, October 27, 2026, at 1:30 p.m. in Courtroom 906, 40 Foley Square, New York, NY 10007.

Dated: October 23, 2026
New York, New York

SO ORDERED.

MARGARET M. GARNETT
United States District Judge